**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

GUY F. HAYS, JR.                                                                                                    PLAINTIFF
ADC #139688

V.                                                    2:15CV00055 PSH

DONNA COBB *et al*                                                                                            DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 2nd day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE